In the Matter of ALFRED W. VARIAN, an Attorney, Respondent, upon the Application of the SOCIETE FRANCAISE DES FILMS ET CINEMATOGRAPHS "ECLAIR," Appellant.

*Matter of Varian,* 170 App. Div. 978, affirmed.
(Argued February 24, 1916; decided March 14, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1915, which affirmed an order of Special Term denying a motion for an order directing, summarily, an attorney to account for his acts as to the formation and management of certain corporations and also as to his disposition of certain stock alleged to have been wrongfully disposed of.

*Eliot Norton* for appellant.

*Edwin W. Willcox* and *James W. Osborne* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.